Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

# United States Bankruptcy Court
## District of Nebraska

In re    **Furnas County Farms**  _____,    Case No. _____

Debtor

Chapter _____ 11 _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 7-11 PORK FOODS INC<br>4860 33RD AVE<br>COLUMBUS, NE 68601 | 7-11 PORK FOODS INC<br>4860 33RD AVE<br>COLUMBUS, NE 68601 | TRADE DEBT | Disputed | 2,027,338.22 |
| 7-11 TRUCKING<br>4860 33RD AVE<br>COLUMBUS, NE 68601 | 7-11 TRUCKING<br>4860 33RD AVE<br>COLUMBUS, NE 68601 | TRADE DEBT | Disputed | 166,034.15 |
| ARAPAHOE FEED MILL LLC<br>4860 33RD AVE<br>COLUMBUS, NE 68601 | ARAPAHOE FEED MILL LLC<br>4860 33RD AVE<br>COLUMBUS, NE 68601 | TRADE DEBT | Disputed | 1,568,324.58 |
| BANK OF AMERICA<br>231 S LASALLE STREET<br>IL1-231-08-04<br>CHICAGO, IL 60697 | BANK OF AMERICA<br>231 S LASALLE STREET<br>IL1-231-08-04<br>CHICAGO, IL 60697 | P.I.G.A.I., SE 1/4, SE 1/4 18-T20N-R8W, BOONE COUNTY, NEBRASKA, MORE COMMONLY KNOWN AS 2457 110TH AVE, PRIMROSE, | Disputed | 7,581,531.00<br><br>(400,000.00 secured.) |
| COBANK<br>11837 MIRACLE HILLS DR STE 200<br>OMAHA, NE 68154 | COBANK<br>11837 MIRACLE HILLS DR STE 200<br>OMAHA, NE 68154 | P.I.G.A.I., SE 1/4, SE 1/4 18-T20N-R8W, BOONE COUNTY, NEBRASKA, MORE COMMONLY KNOWN AS 2457 110TH AVE, PRIMROSE, | Disputed | 14,230,568.00<br><br>(400,000.00 secured.) |

In re  **Furnas County Farms** _____,  Case No. _____
                        Debtor

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE STREET STOP 1195<br>OMAHA, NE 68197 | FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE STREET STOP 1195<br>OMAHA, NE 68197 | P.I.G.A.I., SE 1/4, SE 1/4 18-T20N-R8W, BOONE COUNTY, NEBRASKA, MORE COMMONLY KNOWN AS 2457 110TH AVE, PRIMROSE, | Disputed | 19,313,987.00<br>(400,000.00 secured.) |
| GE CAPITAL BUSINESS ASSET FUNDING CORP<br>10900 NE 4TH STREET 3500<br>BELLEVUE, WA 98004 | GE CAPITAL BUSINESS ASSET FUNDING CORP<br>10900 NE 4TH STREET 3500<br>BELLEVUE, WA 98004 | P.I.G.A.I., SE 1/4, SE 1/4 18-T20N-R8W, BOONE COUNTY, NEBRASKA, MORE COMMONLY KNOWN AS 2457 110TH AVE, PRIMROSE, | Disputed | 4,736,454.00<br>(400,000.00 secured.) |
| GENETIPORC USA LLC<br>606 3RD AVE WEST<br>Alexandria, MN 56308 | GENETIPORC USA LLC<br>606 3RD AVE WEST<br>Alexandria, MN 56308 | TRADE DEBT | Disputed | 301,709.48 |
| HUBBARD FEEDS INC<br>PO BOX 1205<br>Storm Lake, IA 50588 | HUBBARD FEEDS INC<br>PO BOX 1205<br>Storm Lake, IA 50588 | TRADE DEBT | Disputed | 169,104.72 |
| JOHN HANCOCK FINANCIAL SERV<br>1622 COLONIAL PKWY<br>INVERNESS, IL 60067 | JOHN HANCOCK FINANCIAL SERV<br>1622 COLONIAL PKWY<br>INVERNESS, IL 60067 | P.I.G.A.I., SE 1/4, SE 1/4 18-T20N-R8W, BOONE COUNTY, NEBRASKA, MORE COMMONLY KNOWN AS 2457 110TH AVE, PRIMROSE, | Disputed | 21,448,408.00<br>(400,000.00 secured.) |
| LAND O LAKES FARMLAND FEED LLC<br>PO BOX 1450<br>Minneapolis, MN 55485 | LAND O LAKES FARMLAND FEED LLC<br>PO BOX 1450<br>Minneapolis, MN 55485 | TRADE DEBT | Disputed | 100,513.95 |

In re     **Furnas County Farms**            Case No. _____

Debtor

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| METROPOLITAN LIFE INSURANCE CO<br>4401 WESTOWN PKWY STE 220<br>WEST DES MOINES, IA 50266 | METROPOLITAN LIFE INSURANCE CO<br>4401 WESTOWN PKWY STE 220<br>WEST DES MOINES, IA 50266 | P.I.G.A.I., SE 1/4, SE 1/4 18-T20N-R8W, BOONE COUNTY, NEBRASKA, MORE COMMONLY KNOWN AS 2457 110TH AVE, PRIMROSE, | Disputed | 10,980,479.00<br>(400,000.00 secured.) |
| P.I.G.A.I.<br>4860 33RD STREET<br>Columbus, NE 68601 | P.I.G.A.I.<br>4860 33RD STREET<br>Columbus, NE 68601 | TRADE DEBT | Disputed | 124,069.45 |
| PIC USA<br>33614 TREASURY CENTER<br>Chicago, IL 60694 | PIC USA<br>33614 TREASURY CENTER<br>Chicago, IL 60694 | TRADE DEBT | Disputed | 151,862.10 |
| SAND SYSTEMS INC<br>4860 33RD AVE<br>COLUMBUS, NE 68601 | SAND SYSTEMS INC<br>4860 33RD AVE<br>COLUMBUS, NE 68601 | TRADE DEBT | Disputed | 2,352,530.76 |
| SAND SYSTEMS VET SERVICE<br>4860 33RD AVE<br>COLUMBUS, NE 68601 | SAND SYSTEMS VET SERVICE<br>4860 33RD AVE<br>COLUMBUS, NE 68601 | TRADE DEBT | Disputed | 183,631.59 |
| SUNTRUST BANK, ATLANTA<br>303 PEACHTREE STREET<br>9TH FLOOR<br>ATLANTA, GA 30308 | SUNTRUST BANK, ATLANTA<br>303 PEACHTREE STREET<br>9TH FLOOR<br>ATLANTA, GA 30308 | P.I.G.A.I., SE 1/4, SE 1/4 18-T20N-R8W, BOONE COUNTY, NEBRASKA, MORE COMMONLY KNOWN AS 2457 110TH AVE, PRIMROSE, | Disputed | 29,666,185.00<br>(400,000.00 secured.) |

In re    **Furnas County Farms**                                    ,    Case No. _____
                           Debtor

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| TIAA-CREF (TEACHERS INSURANCE)<br>730 THIRD AVE<br>4TH FLOOR<br>NEW YORK, NY 10017 | TIAA-CREF (TEACHERS INSURANCE)<br>730 THIRD AVE<br>4TH FLOOR<br>NEW YORK, NY 10017 | P.I.G.A.I., SE 1/4, SE 1/4 18-T20N-R8W, BOONE COUNTY, NEBRASKA, MORE COMMONLY KNOWN AS 2457 110TH AVE, PRIMROSE, | Disputed | 26,938,648.00<br>(400,000.00 secured.) |
| US BANK NA<br>SPECIAL ASSETS GROUP<br>BC-MN-H22A<br>800 NICOLLET MALL 22ND FL<br>MINNEAPOLIS, MN 55402 | US BANK NA<br>SPECIAL ASSETS GROUP<br>BC-MN-H22A<br>MINNEAPOLIS, MN 55402 | P.I.G.A.I., SE 1/4, SE 1/4 18-T20N-R8W, BOONE COUNTY, NEBRASKA, MORE COMMONLY KNOWN AS 2457 110TH AVE, PRIMROSE, | Disputed | 30,044,757.00<br>(400,000.00 secured.) |
| VERING'S FEED SERVICE<br>PO BOX 396<br>Howells, NE 68641 | VERING'S FEED SERVICE<br>PO BOX 396<br>Howells, NE 68641 | TRADE DEBT | Disputed | 95,195.69 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Partner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date __**May 3, 2004**_____    Signature _____
                                            Charles W. Sand, Jr.
                                            Partner

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.