IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF:                )
                                 )        Case No. 04-81489
FURNAS COUNTY FARMS,             )             Chapter 11
                                 )
                    Debtor.      )

## **AFFIDAVIT**

STATE OF NEBRASKA      )
                       ) ss.
COUNTY OF LANCASTER )

JAMES A. OVERCASH, being first duly sworn upon oath, deposes and states as follows:

1.      I am an attorney licensed to practice law in the State of Nebraska and an associate in the law firm of Woods & Aitken LLP, with my principal place of business located at 301 South 13th Street, Suite 500, Lincoln, Nebraska 68508-2578.

2.      Neither I nor the law firm of Woods & Aitken LLP represent any interest adverse to the interest of the Debtor or any other party in interest in this bankruptcy estate.

3.      No agreement or understanding exists between Affiant and any other person for a division of the compensation asked or allowed him in this proceeding except only for division of said compensation in the regular manner and in the regular course of business between Affiant and his regular office associates.

AFFIANT FURTHER SAYETH NOT.

DATED: May 3, 2004.

                            s/ James A. Overcash_____
                            James A. Overcash

SUBSCRIBED AND SWORN to before me this 3rd day of May, 2004.

(SEAL)                      Vickie L. Starr_____
                            Notary Public

My Commission Expires: June 7, 2007

00158047