UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. BK04-81489 |
| | ) | CHAPTER 11 |
| | ) | |
| Furnas County Farms, | ) | |
| | ) | |
| Debtor. | ) | |

### AFFIDAVIT OF MICHAEL S. DOVE IN SUPPORT OF
### EMERGENCY MOTION FOR RECLAMATION

| | |
|---|---|
| STATE OF NEBRASKA | ) |
| | ) ss. |
| COUNTY OF DOUGLAS | ) |

Michael S. Dove, after having been first sworn under oath, does hereby state and allege the following to be true and accurate to the best of his/her personal knowledge and information:

1. I am of lawful age and am personally acquainted with the facts stated herein.

2. I am a partner in the law firm of Gislason & Hunter, LLP, in New Ulm, Minnesota and one of counsel to creditor, Hubbard Feeds Inc.

3. On April 29, 2004, I sent a Reclamation Notice to Debtor in this case. A true and correct copy of the Notice is attached hereto as Exhibit "A" and incorporated herein by reference.

FURTHER AFFIANT SAYETH NOT.

_____
Michael S. Dove

SUBSCRIBED AND SWORN to before me, a notary public in and for said County and State, this 4th day of May, 2004.

GENERAL NOTARY-State of Nebraska
KARLA OLSON
My Comm. Exp. Feb. 14, 2005

_____
Notary Public

OM-173567-1
IOM-173629-1

# GISLASON & HUNTER  FILE COPY
### ATTORNEYS AT LAW

NEW ULM    MINNEAPOLIS    MANKATO    MAPLETON    DES MOINES

OF COUNSEL
Donald F. Hunter[3]
James H. Malecki
Ruth Ann Webster

Daniel A. Gislason[†]
C. Thomas Wilson
Marlin R. Kunard
David D. Alsop
Barry G. Vermeer[1*]
Gary W. Koch[1,2]
Timothy P. Tobin[2*]
Roger H. Gross[*]
David W. Sturges[4†]
R. Stephen Tillitt[*†]
Mark S. Ullery
Jeff C. Braegelmann
Reed H. Glawe[1]
Wade R. Wacholz[1]
Noel L. Phifer
Laura L. Myslis[1]
Andrew A. Willaert[1]
Daniel A. Beckman
Steven J. Vatndal[2**]
Michael S. Dove
Dustan J. Cross[1]
James R. Gowling[1]
Roger L. Kramer[*]
Loree A. Nelson[5]
Christopher E. Sandquist
Peter M. Sand[5]
Peter D. Favorite
Sara N. Wilson
Christopher P. Rosengren
Kathleen M. Loucks
Matthew P. Kostolnik
Angela B. Forsythe[†]
Sarah M. Aho
Dan J. Hoehn[†]
J. Vincent Stevens
Anthony Gabor
David C. Kim
Ryan R. Dreyer
Angela M. Nelson[2]

Sidney P. Gislason
(1908-1985)
Robert M. Halvorson
(1945-1993)
C. Allen Dosland
(Retired)

**NEW ULM OFFICE**
2700 South Broadway
New Ulm, MN 56073

MAILING ADDRESS
P.O. Box 458
New Ulm, MN 56073-0458

PHONE: 507-354-3111
FAX:    507-354-8447

WEB SITE: www.gislason.com

Also admitted in:
[1] Iowa
[2] Wisconsin
[3] Illinois
[4] Admitted only in Virginia
[5] Admitted only in Iowa
[*] Civil Trial Specialist
[**] Real Property Law Specialist certified by the Minnesota State Bar Association
[†] Qualified ADR Neutral

April 29, 2004

**VIA FACSIMILE AND U.S. MAIL**

Mr. Matt T. Cronin
BELIN, LAMSON, McCORMICK,
ZUMBACH, FLYNN
The Financial Center
666 Walnut Street, Suite 2000
Des Moines, Iowa 50309-3989

Mr. Joseph H. Badami
WOODS & AITKEN
301 South 13th Street
Suite 500
Lincoln, NE 68508

Re:    Furnas County Farms – Reclamation Claim of Hubbard Feeds Inc.
       Our File No. 18064-001-128

Gentlemen:

Please be advised that Hubbard Feeds Inc. ("Hubbard") hereby makes claim pursuant to Minn. Stat. § 336.2-702 and/or Neb. Rev. Stat. U.C.C. § 2-702, for the right of reclamation against all goods shipped to Furnas County Farms and/or Sand Systems, Inc. (collectively "Furnas") during the applicable reclamation period established by Minn. Stat. § 2-702 and/or Neb. Rev. Stat. U.C.C. § 2-702. These goods include, but are not limited to, feed and nutritional products shipped by Hubbard to Furnas under the following invoice numbers on the dates indicated:

| Invoice No. | Ship Date | Invoice Total |
|---|---|---|
| 80 58507 | 4-22-04 | 3,486.95 |
| 39 52495 | 4-22-04 | 3,012.94 |
| 65 45548 | 4-23-04 | 574.55 |
| 65 45551 | 4-23-04 | 2,110.50 |
| 65 45453 | 4-22-04 | 3,362.85 |
| 65 45550 | 4-23-04 | 1,363.44 |
| 65 45563 | 4-23-04 | 1,756.78 |
| 65 45564 | 4-23-04 | 28,108.48 |
| 39 52525 | 4-23-04 | 1,215.22 |
| 39 52379 | 4-21-04 | 3,204.08 |
| 39 52380 | 4-21-04 | 3,301.41 |


EXHIBIT A

**GISLASON & HUNTER LLP**
Page 2

Mr. Matt T. Cronin
April 29, 2004

| Invoice No. | Ship Date | Invoice Total |
|---|---|---|
| 65 45454 | 4-21-04 | 3,421.63 |
| 65 45409 | 4-21-04 | 10,493.12 |
| 39 52379 | 4-21-04 | 3,204.08 |
| 39 52364 | 4-16-04 | 3,173.65 |
| 80 58507 | 4-22-04 | 3,486.95 |
| 39 52363 | 4-16-04 | 3,785.07 |
| 39 52448 | 4-20-04 | 3,462.15 |
| 39 52384 | 4-20-04 | 2,890.27 |
| 39 52382 | 4-22-04 | 3,477.60 |
| 39 52386 | 4-19-04 | 2,493.56 |
| 39 52385 | 4-19-04 | 4,886.47 |
| 39 52381 | 4-22-04 | 2,603.08 |
| 39 52365 | 4-16-04 | 2,789.28 |
| 39 52362 | 4-16-04 | 4,378.92 |
| 39 52360 | 4-16-04 | 3,151.92 |
| 39 52361 | 4-16-04 | 5,012.50 |
| 39 52366 | 4-16-04 | 4,890.34 |
| 39 52429 | 4-20-04 | 1,044.61 |
| 39 52282 | 4-12-04 | 1,742.79 |
| 39 52243 | 4-16-04 | 3,363.98 |
| 39 52244 | 4-16-04 | 3,363.98 |
| 39 52207 | 4-15-04 | 2,104.33 |
| 39 52205 | 4-9-04 | 3,114.14 |
| 39 52203 | 4-9-04 | 3,203.92 |
| 39 52213 | 4-16-04 | 3,243.60 |
| 39 52212 | 4-8-04 | 2,166.00 |
| 39 52206 | 4-15-04 | 4,223.76 |
| 39 52211 | 4-16-04 | 5,031.12 |
| 39 52324 | 4-14-04 | 2,624.50 |
| 39 52322 | 4-14-04 | 1,268.28 |
| 39 52242 | 4-16-04 | 3,475.66 |
| 39 52245 | 4-16-04 | 3,479.53 |
| 39 52210 | 4-16-04 | 3,325.82 |
| 39 52204 | 4-15-04 | 3,850.97 |
| 80 58483 | 4-20-04 | 3,078.68 |
| 65 45519 | 4-21-04 | 2,331.00 |
| 65 45509 | 4-21-04 | 4,391.10 |
| 39 52380 | 4-21-04 | 3,301.41 |
| 39 52383 | 4-22-04 | 2,890.27 |
| 39 52448 | 4-20-04 | 3,462.15 |
| 39 52384 | 4-22-04 | 2,890.27 |
| 39 52360 | 4-16-04 | 3,151.92 |

**GISLASON & HUNTER LLP**
Page 3

Mr. Matt T. Cronin
April 29, 2004

| Invoice No. | Ship Date | Invoice Total |
|---|---|---|
| 39 52361 | 4-16-04 | 5,012.50 |
| 39 52366 | 4-16-04 | 4,890.34 |
| 39 52382 | 4-22-04 | 3,477.60 |
| 39 52429 | 4-20-04 | 1,044.61 |
| 39 52362 | 4-16-04 | 4,378.92 |
| 39 52365 | 4-16-04 | 2,789.28 |
| 39 52381 | 4-22-04 | 2,603.08 |
| 39 52385 | 4-19-04 | 4,886.47 |
| 39 52386 | 4-19-04 | 2,493.56 |
| 39 52363 | 4-16-04 | 3,785.07 |
| 39 52364 | 4-16-04 | 3,173.65 |
| 39 52210 | 4-16-04 | 3,325.82 |
| 39 52242 | 4-16-04 | 3,475.66 |
| 39 52210 | 4-16-04 | 3,325.82 |
| 39 52242 | 4-16-04 | 3,475.66 |
| 39 52245 | 4-16-04 | 3,479.53 |
| 39 52211 | 4-16-04 | 5,031.12 |
| 39 52213 | 4-16-04 | 3,243.60 |
| 39 52243 | 4-16-04 | 3,363.98 |
| 39 52244 | 4-16-04 | 3,363.98 |
| 80 58386 | 4-16-04 | 3,512.36 |
| 65 45440 | 4-20-04 | 1,230.62 |
| 65 45510 | 4-21-04 | 4,289.22 |
| 65 45362 | 4-16-04 | 14,683.62 |
| 80 58616 | 4-26-04 | 12,347.72 |
| 39 52495 | 4-22-04 | 3,012.94 |
| 39 52525 | 4-23-04 | 1,215.22 |
| 65 45534 | 4-23-04 | 1,426.80 |
| 39 52513 | 4-29-04 | 2,542.37 |
| 39 52537 | 4-23-04 | 4,193.26 |
| 39 52538 | 4-26-04 | 2,062.96 |
| 39 52539 | 4-26-04 | 3,142.10 |
| 39 52557 | 4-26-04 | 685.92 |
| 65 45421 | 4-26-04 | 3,788.38 |
| 39 52509 | 4-25-04 | 4,897.85 |
| 80 58616 | 4-26-04 | 12,347.72 |
| 39 52511 | 4-26-04 | 4,307.49 |
| 65 45611 | 4-26-04 | 1,457.48 |
| 39 52517 | 4-27-04 | 2,842.10 |
| 65 45535 | 4-27-04 | 10,674.03 |
| 65 45617 | 4-27-04 | 2,044.80 |
| 39 52494 | 4-27-04 | 5,816.45 |

## GISLASON & HUNTER LLP
Page 4

Mr. Matt T. Cronin
April 29, 2004

| Invoice No. | Ship Date | Invoice Total |
|---|---|---|
| 39 52496 | 4-27-04 | 4,480.96 |
| 39 52510 | 4-27-04 | 4,178.92 |
| 39 52512 | 4-27-04 | 3,129.15 |
| 39 52515 | 4-27-04 | 2,745.00 |
| 39 52514 | 4-28-04 | 3,168.14 |
| 39 52597 | 4-28-04 | 992.06 |
| 65 45653 | 4-28-04 | 112.56 |
| 65 45422 | 4-28-04 | 12,432.38 |
| 65 45660 | 4-28-04 | 1,384.44 |
| 39 52615 | 4-28-04 | 2,991.87 |
| 65 45536 | 4-28-04 | 10,431.20 |
| 39 52511 | 4-26-04 | 4,307.49 |
| 39 52509 | 4-26-04 | 4,897.85 |
| 39 52557 | 4-26-04 | 685.92 |
| 39 52537 | 4-23-04 | 4,193.26 |
| 39 52513 | 4-29-04 | 2,542.37 |
| 39 52538 | 4-26-04 | 2,062.96 |
| 39 52539 | 4-26-04 | 3,142.10 |
| 39 52617 | 4-29-04 | 2,971.95 |
| 39 52516 | 4-29-04 | 3,160.88 |
| 80 58671 | 4-29-04 | 3,445.83 |
| 39 52618 | 4-28-04 | 2,439.84 |
| Total: | | **$448,260.37** |

Demand is hereby made for the return of the goods identified above. The invoices are available for your review, upon your request.

Hubbard sold the goods to Furnas in the ordinary course of Furnas' business, which Furnas has received while insolvent. The goods have a value of $448,260.37.

Very truly yours,

Michael S. Dove

MSD:kkg
cc: Mr. Vince Baack (via facsimile)
    Mr. Trent Bausch (via facsimile)

NULIB:128763.1