UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| Furnas County Farms ) | CASE NO. BK04-81489 |
| ) | A |
| Debtor(s) ) | |
| ) | Chapter 11 |
| ) | Filing No. 14 |
| ) | |
| Plaintiff(s) ) | |
| vs. ) | |
| ) | **NOTICE OF NONCOMPLIANCE** |
| ) | |
| ) | |
| Defendant(s) | |

ISSUE:   Motion for Joint Administration of Affiliated Cases
         Pursuant to Bankruptcy Rule 1015(b)

ATTY:    James Overcash

    Movant has failed to comply with Neb. R. Bankr. P. 9013-1 and/or General Order 02-05.

    Movant has 14 days to comply, or the document listed above will be considered abandoned.

    DATED:  May 4, 2004

                                        CLERK OF COURT

Copies electronically sent by the Court to:
James Overcash

Copies mailed by the Court to: