Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

# United States Bankruptcy Court

### District of Nebraska

In re    **Furnas County Farms**

Debtor

Case No.    **04-81489**

Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 7-11 PORK FOODS INC<br>4860 33RD AVE<br>COLUMBUS, NE 68601 | 7-11 PORK FOODS INC<br>4860 33RD AVE<br>COLUMBUS, NE 68601 | TRADE DEBT | Disputed | 2,027,338.22 |
| 7-11 TRUCKING<br>4860 33RD AVE<br>COLUMBUS, NE 68601 | 7-11 TRUCKING<br>4860 33RD AVE<br>COLUMBUS, NE 68601 | TRADE DEBT | Disputed | 166,034.15 |
| ARAPAHOE FEED MILL LLC<br>4860 33RD AVE<br>COLUMBUS, NE 68601 | ARAPAHOE FEED MILL LLC<br>4860 33RD AVE<br>COLUMBUS, NE 68601 | TRADE DEBT | Disputed | 1,568,324.58 |
| BANK OF AMERICA<br>231 S LASALLE STREET<br>IL1-231-08-04<br>CHICAGO, IL 60697 | BANK OF AMERICA<br>231 S LASALLE STREET<br>IL1-231-08-04<br>CHICAGO, IL 60697 | P.I.G.A.I., SE 1/4, SE 1/4 18-T20N-R8W, BOONE COUNTY, NEBRASKA, MORE COMMONLY KNOWN AS 2457 110TH AVE, PRIMROSE, | Disputed | 7,670,155.00<br>(400,000.00 secured.) |
| COBANK<br>11837 MIRACLE HILLS DR STE 200<br>OMAHA, NE 68154 | COBANK<br>11837 MIRACLE HILLS DR STE 200<br>OMAHA, NE 68154 | P.I.G.A.I., SE 1/4, SE 1/4 18-T20N-R8W, BOONE COUNTY, NEBRASKA, MORE COMMONLY KNOWN AS 2457 110TH AVE, PRIMROSE, | Disputed | 14,995,821.00<br>(400,000.00 secured.) |

In re    **Furnas County Farms**                                                    Case No.    **04-81489**
                                                  ,
                                           Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE STREET STOP 1195<br>OMAHA, NE 68197 | FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE STREET STOP 1195<br>OMAHA, NE 68197 | P.I.G.A.I., SE 1/4, SE 1/4 18-T20N-R8W, BOONE COUNTY, NEBRASKA, MORE COMMONLY KNOWN AS 2457 110TH AVE, PRIMROSE, | Disputed | 20,418,145.00<br><br>(400,000.00 secured.) |
| FIRST TIER MARKETING, LLC<br>508 MARKET STREET<br>Audubon, IA 50025 | FIRST TIER MARKETING, LLC<br>508 MARKET STREET<br>Audubon, IA 50025 | | Disputed | 6,004,197.00<br><br>(0.00 secured.) |
| GE CAPITAL BUSINESS ASSET FUNDING CORP<br>10900 NE 4TH STREET 3500<br>BELLEVUE, WA 98004 | GE CAPITAL BUSINESS ASSET FUNDING CORP<br>10900 NE 4TH STREET 3500<br>BELLEVUE, WA 98004 | P.I.G.A.I., SE 1/4, SE 1/4 18-T20N-R8W, BOONE COUNTY, NEBRASKA, MORE COMMONLY KNOWN AS 2457 110TH AVE, PRIMROSE, | Disputed | 4,791,893.00<br><br>(400,000.00 secured.) |
| GENETIPORC USA LLC<br>606 3RD AVE WEST<br>Alexandria, MN 56308 | GENETIPORC USA LLC<br>606 3RD AVE WEST<br>Alexandria, MN 56308 | TRADE DEBT | Disputed | 300,929.48 |
| HORMEL<br>0 HORMEL PLACE<br>AUSTIN, MN 55912 | HORMEL<br>0 HORMEL PLACE<br>AUSTIN, MN 55912 | | Disputed | 1,031,250.00<br><br>(0.00 secured.) |
| HUBBARD<br>PO BOX 8500<br>MANKATO, MN 56002 | HUBBARD<br>PO BOX 8500<br>MANKATO, MN 56002 | | Disputed | 7,941,464.00<br><br>(0.00 secured.) |

In re    **Furnas County Farms**

_____,    Case No. ___**04-81489**_____

Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| JOHN HANCOCK FINANCIAL SERV 1622 COLONIAL PKWY INVERNESS, IL 60067 | JOHN HANCOCK FINANCIAL SERV 1622 COLONIAL PKWY INVERNESS, IL 60067 | P.I.G.A.I., SE 1/4, SE 1/4 18-T20N-R8W, BOONE COUNTY, NEBRASKA, MORE COMMONLY KNOWN AS 2457 110TH AVE, PRIMROSE, | Disputed | 21,972,335.00 (400,000.00 secured.) |
| METROPOLITAN LIFE INSURANCE CO 4401 WESTOWN PKWY STE 220 WEST DES MOINES, IA 50266 | METROPOLITAN LIFE INSURANCE CO 4401 WESTOWN PKWY STE 220 WEST DES MOINES, IA 50266 | P.I.G.A.I., SE 1/4, SE 1/4 18-T20N-R8W, BOONE COUNTY, NEBRASKA, MORE COMMONLY KNOWN AS 2457 110TH AVE, PRIMROSE, | Disputed | 11,907,322.00 (400,000.00 secured.) |
| SAND LIVESTOCK SYSTEMS INC 4860 33RD AVE COLUMBUS, NE 68601 | SAND LIVESTOCK SYSTEMS INC 4860 33RD AVE COLUMBUS, NE 68601 | | Disputed | 1,386,000.00 (0.00 secured.) |
| SAND SYSTEMS INC 4860 33RD AVE COLUMBUS, NE 68601 | SAND SYSTEMS INC 4860 33RD AVE COLUMBUS, NE 68601 | | Disputed | 1,030,000.00 (0.00 secured.) |
| SAND SYSTEMS INC 4860 33RD AVE COLUMBUS, NE 68601 | SAND SYSTEMS INC 4860 33RD AVE COLUMBUS, NE 68601 | TRADE DEBT | Disputed | 352,530.76 |
| SAND SYSTEMS VET SERVICE 4860 33RD AVE COLUMBUS, NE 68601 | SAND SYSTEMS VET SERVICE 4860 33RD AVE COLUMBUS, NE 68601 | TRADE DEBT | Disputed | 183,631.59 |

In re    **Furnas County Farms**                                        ,    Case No. _____ **04-81489** _____

Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| SUNTRUST BANK, ATLANTA 303 PEACHTREE STREET 9TH FLOOR ATLANTA, GA 30308 | SUNTRUST BANK, ATLANTA 303 PEACHTREE STREET 9TH FLOOR ATLANTA, GA 30308 | P.I.G.A.I., SE 1/4, SE 1/4 18-T20N-R8W, BOONE COUNTY, NEBRASKA, MORE COMMONLY KNOWN AS 2457 110TH AVE, PRIMROSE, | Disputed | 31,530,153.00 (400,000.00 secured.) |
| TIAA-CREF (TEACHERS INSURANCE) 730 THIRD AVE 4TH FLOOR NEW YORK, NY 10017 | TIAA-CREF (TEACHERS INSURANCE) 730 THIRD AVE 4TH FLOOR NEW YORK, NY 10017 | P.I.G.A.I., SE 1/4, SE 1/4 18-T20N-R8W, BOONE COUNTY, NEBRASKA, MORE COMMONLY KNOWN AS 2457 110TH AVE, PRIMROSE, | Disputed | 27,925,996.00 (400,000.00 secured.) |
| US BANK NA SPECIAL ASSETS GROUP BC-MN-H22A 800 NICOLLET MALL 22ND FL MINNEAPOLIS, MN 55402 | US BANK NA SPECIAL ASSETS GROUP BC-MN-H22A MINNEAPOLIS, MN 55402 | P.I.G.A.I., SE 1/4, SE 1/4 18-T20N-R8W, BOONE COUNTY, NEBRASKA, MORE COMMONLY KNOWN AS 2457 110TH AVE, PRIMROSE, | Disputed | 30,995,002.00 (400,000.00 secured.) |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Partner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date___ **May 18, 2004** _____            Signature_____

**Charles W. Sand, Jr.**
**Partner**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.