IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF:            )
                             )   Case No. 04-81489
FURNAS COUNTY FARMS,         )        Chapter 11
                             )
         Debtor.             )

## AMENDMENT TO MATRIX

COMES NOW the Debtor, Furnas County Farms, by and through its attorneys Joseph H. Badami and James A. Overcash, and hereby amend its matrix of creditors as follows:

1.  Correct the address of the following creditors:

    Baltimore Life Insurance Company
    1310 Mercer Street, Suite 200
    Seattle, WA 98109-5588

    Al Messmer, should now be "Allan P. Messmer, Estate"
    c/o Karen Messmer
    PO Box 56
    Wessington Springs, SD 57382

    Bob Dugger
    301 Pelvina Avenue
    Palmer, NE 68864

    Carhart Lumber Co.
    200 W Main Street
    Albion, NE 68620-1227

    Michael Bode
    2265 S R Road
    Petersburg, NE 68652

    Raymond Gossage, Estate, should be "Raymond Gossage, Jr."
    6544 320th Street
    Kiron, IA 51448

    Rodney Buell
    Rt 1 Box 20a
    Eustis, NE 69028

00159747

2.      Correct the spelling of the following creditors:

      Change Diesel Power Equipment Co, to "Diesel Power Equipment Co."
      15225 Industrial Road
      Omaha, NE 68144

      Change Gary D. Dausman to "Gary D. Gausman"
      2409 Muirfield Place
      Columbus, NE 68601

3.      Remove the following duplicate entries:

      Baltimore Life Insurance Company
      PO Box 9670
      Seattle, WA 98109-9605

      Furnas County Trucking
      4860 33rd Ave
      Columbus, NE 68601

      PIC
      33614 Treasury Center
      Chicago IL 60694

      Terry Jensen
      RR 1 Box 54
      North Loup NE 68859

4.      Add the following creditors and/or interested parties:

| | |
|---|---|
| Furnas County Farms<br>(Debtor)<br>4860 33rd Avenue<br>Columbus, NE 68601 | Internal Revenue Service<br>Attn SPF Stop 5301 Oma<br>1313 Farnam Street<br>Omaha, NE 68102 |
| Joseph H. Badami (Attorneys for Debtor)<br>James A. Overcash<br>WOODS & AITKEN LLP<br>301 S 13th Street, Suite 500<br>Lincoln, NE 68508 | Platte County Attorney<br>2610 14th Street<br>Columbus, NE 68601 |
| | Platte County Treasurer<br>PO Box 967<br>Columbus, NE 68601 |
| United States Trustee<br>Roman L. Hruska US Courthouse<br>111 S 18th Plaza, Suite 1148<br>Omaha, NE 68102 | Andrew Bruhn<br>PO Box 426<br>Humphrey, NE 68642 |

00159747

Arthur G. Carter
Rt 1 Box 407
Albion, NE 68620

Carl F. Davidson
PO Box 204
Holbrook, NE 68948

Carla K. Julius
329 Line Road
Box Elder, SD 57719

Charles E. Gorham
815 West A Street
Ogallala, NE 69153

Cindy Bode
2265 S R Road
Petersburg, NE 68652

Cindy Covalt
PO Box 3
Arthur, NE 69121

Cogdill Farm Supply Inc
108 N 6th Street
Dunlap, IA 51529

Concepcion Loarca Lucas
802 W Elm Street
Lexington, NE 68850

Confinement Payroll
c/o Furnas County Farms
4860 33rd Ave
Columbus, NE 68601

Cornhusker Public Power Dist
PO Box 9
Columbus, NE 68601

Dan Schumacher
PO Box 32
Wolbach, NE 68882

Darrell Cook
Rt 1 Box 56
Scotia, NE 68875

David R Zrust
947 S 3rd Street
Albion, NE 68620

Dee Lewis
Rt 1 Box 51
Oxford, NE 68967

Deerview Inc
PO Box 396
Howells, NE 68641

Dennis Werre
Rt 2 Box 102
Palmer, NE 68864

Erickson Welding   Repair
115 Main Street
PO Box 177
Albert City, IA 50510

Farmland Irrigation Inc
PO Box 1672
Grand Island, NE 68803

Federal Express
PO Box 1140
Memphis, TN 38101

Ferrellgas Norfolk
1303 Eisenhower
PO Box 427
Norfolk, NE 68702

Five L Farms
RR 1
Edison, NE 68936

Gragert's Shur Save
PO Box 207
Albion, NE 68620

Great Plains Communications Inc
PO Box 500
Blair, NE 68008

00159747

Greg Stahl
Rr 1 Box 34
Spalding NE 68665

Gwen Greger
PO Box 134
Albion NE 68620

Gwendolyn R Greger
106 W Prairie
Albion NE 68620

Harrison County Soil  Gravel
Conservation District
Logan IA 51546

Hiflite Inc
PO Box 396
Howells NE 68641

Hilite Inc
PO Box 382002
Pittsburgh PA 15250

Ideal Lighting
A.F. Corbino
4365 S 89th Street
Omaha NE 68127

Jamie Allen
1668 1/2 32nd Ave
Columbus NE 68601

Jason P Mullen
817 S 15th Street
Ord NE 68862

Jeff Lindgren
906 S 9th Street
Albion NE 68620

Jerald Davis
1104 N Street
Beaver City NE 68926

Jerry W Baxter
PO Box 403
Ayrshire IA 50515

Jimmie Redden
7578 B Meriam Rd
North Platte NE 69101

Joe Swerczek
PO Box 87
Belgrade NE 68623

Jose Manuel Suarez Flore
820 E Lot 84
Holdrege NE 68949

Juan Alfred Vargas
205 S Main Street
Edison NE 68936

Justin Jordahl
508 Heather Ave
Alden IA 50006

Karen M Besler
RR 2 Box 51
Cambridge NE 69022

Ken Harsch
RR 2 Box 60
Cambridge NE 69022

Kevin Plugge
130 Park Street
Sutherland NE 69165

Keystone-Arthur Telephone Co
PO Box 240
Keystone NE 69144

Kyle A Woodring
Rt 1 Box 16
Beaver City NE 68926

Larry W Gibson
35570 W Gibson Road
Wallace NE 69169

Loup Power District
PO Box 988
Columbus NE 68602

00159747

Lyle Hoppe
RR 2 Box 65
Albion NE 68620

Lynn Cole
Rt 1 Box 6
Ericson NE 68637

Mark C Huxoll
43112 Rd 735
Smithfield NE 68976

Marvin F Werner
704 Q Street
Beaver City NE 68926

Michael Goodrich
Rt 1 Box 118
Greeley NE 68842

Midwest Wireless
PO Box 64414
Saint Paul MN 55164

Mike Goodrich
Rt 1 Box 118
Greeley NE 68842

Monico Recinos
904 W 11th Street
Lexington NE 68850

Patrick L Plugge
411 S Steven
Madrid NE 69150

Peterson Livestock
c/o Gary Peterson
10518 US Hwy 136
Orleans NE 68966

Phillip Bamesberger
HC 66 Box 30
Indianola NE 69034

Plastilite Corp
PO Box 12457
Omaha NE 68112

Robert A Fage
1008 Locust Street
Arapahoe NE 68922

Robert Huisanga
1523 2nd Ave South
Denison IA 51442

Roberto Ribera
West House 71554 Hwy 46
Oxford NE 68967

Roger O Hinz
308 Walnut Street
Arapahoe NE 68922

Ron D Weldon
102 Lovers Lane
Saint Edward NE 68660

Schaller Telephone Co
PO Box 9
Schaller IA 51053

Scott Benda
1818 O Street
Ord NE 68862

Shawn Brown
HC 1 Box 27
Stapleton NE 69163

Shawn Roy Johnson
41381 Hwy 6 & 34
Cambridge NE 69022

Star Insurance Company
PO Box 31130
Tampa FL 33631

Steven R Klein
PO Box 166
Maywood NE 69038

Tractor Supply Co
PO Box 9020
Des Moines IA 50368

00159747

| | |
|---|---|
| Twin Valleys Public Power Dist<br>PO Box 160<br>Cambridge NE 69022 | Vicki L Campany<br>PO Box 565<br>Arapahoe NE 68922 |
| US Bank<br>950 Seventeenth Street<br>Denver CO 80202 | West Central Iowa Rural Water<br>PO Box 188<br>Manning IA 51455 |
| Verizon Wireless<br>PO Box 790406<br>Saint Louis MO 63179 | Williamsburg National Ins Co<br>PO Box 31187<br>Tampa FL 33631 |

DATED: May 20, 2004.

FURNAS COUNTY FARMS, Debtor

By: s/ Joseph H. Badami
Joseph H. Badami, No. 10155
James A. Overcash, No. 18627
WOODS & AITKEN LLP
301 South 13th Street, Suite 500
Lincoln, Nebraska 68508
jbadami@woodsaitken.com
(402) 437-8500

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

United States Trustee
Trenten P. Bausch    tbausch@blackwellsanders.com
P. Casey Coston    ccoston@ssd.com
Bradley A. MacLean    bradley.maclean@stites.com
Tanya Marie Morrison    tmorrison@blackwellsanders.com
Michael L. Schleich    mschleich@fraserstryker.com mschleich@fslf.com;ecf-bankruptcy@fraserstryker.com;ecf-bankruptcy@fslf.com
Steven C. Turner    sturner@bairdholm.com; sbatten@bairdholm.com; ecf-bankruptcy@bairdholm.com
Michael J. Whaley    mwhaley@grosswelch.com
T. Randall Wright    rwright@bairdholm.com; jsvoboda@bairdholm.com; ecf-bankruptcy@bairdholm.com

00159747

I further certify that on May 20, 2004, a copy of the foregoing Amendment to Matrix and a copy of the Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors and Deadlines was served by United States Mail, postage prepaid, to all creditors listed above in the Amendment to Matrix.

                                                 s/ Joseph H. Badami
                                                 Joseph H. Badami, No. 10155

00159747