## GENERAL INFORMATION PAGE

FILL IN THE INFORMATION HERE TO POPULATE THE GENERAL FIELDS
OF THE WORKSHEET

**CASE NAME**           Furnas County Farms

**CASE NUMBER**         04-81489


**PETITION DATE**              5/3/2004

**End of Month 1**             5/28/2004

CASE NUMBER: 04-81489

## COMPARATIVE BALANCE SHEETS

| ASSETS | PETITION DATE 5/3/2004 | MONTH ENDING 5/28/2004 | MONTH ENDING 6/25/2004 | MONTH ENDING 7/30/2004 | MONTH ENDING 8/27/2004 | MONTH ENDING 9/24/2004 | MONTH ENDING 10/29/2004 |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 1,342,365 | 2,583,410 | 0 | 0 | 0 | 0 | 0 |
| Accounts Receivable, Net (Sched. A) | 1,341,858 | 1,043,616 | 0 | 0 | 0 | 0 | 0 |
| Inventory | 38,270,157 | 38,305,793 | 0 | 0 | 0 | 0 | 0 |
| Prepaid Expenses | 1,546,716 | 1,796,099 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Current Assets | 42,501,096 | 43,728,918 | 0 | 0 | 0 | 0 | 0 |
| PROPERTY, PLANT & EQUIPMENT (Sched. B) | 73,278,377 | 73,243,308 | 0 | 0 | 0 | 0 | 0 |
| Less Accumulated Depreciation | 19,107,135 | 19,339,884 | 0 | 0 | 0 | 0 | 0 |
| Net Property | 54,171,242 | 53,903,424 | 0 | 0 | 0 | 0 | 0 |
| OTHER ASSETS - Investments, N/R | 527,875 | 523,811 | 0 | 0 | 0 | 0 | 0 |
| Total Other Assets | 527,875 | 523,811 | 0 | 0 | 0 | 0 | 0 |
| TOTAL ASSETS | 97,200,213 | 98,156,153 | 0 | 0 | 0 | 0 | 0 |

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING OPERATING REPORTS, CONSISTING OF ____ PAGES ARE TRUE AND CORRECT.

Signed _____  Steve Weiss, Consultant to the Company
(Printed name of signatory)

Date submitted: June 22, 2004

CASE NAME: Furnas County Farms
CASE NUMBER: 04-81489

MONTHLY OPERATING REPORTS
COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNERS' EQUITY | PETITION DATE 5/3/2004 | MONTH ENDING 5/28/2004 | MONTH ENDING 6/25/2004 | MONTH ENDING 7/30/2004 | MONTH ENDING 8/27/2004 | MONTH ENDING 9/24/2004 | MONTH ENDING 10/29/2004 |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| Post Petition Liabilities (Sched. C) | 0 | 2,278,391 | 0 | 0 | 0 | 0 | 0 |
| Pre Petition Liabilities | | | | | | | |
| Trade Payables: | | | | | | | |
| Farmers and Truckers | 589,332 | 0 | | | | | |
| April 19 thru May 2 | 1,416,920 | 1,416,920 | | | | | |
| Pre-April 19 | 2,053,891 | 2,053,891 | | | | | |
| Accrued Interest | 21,086,166 | 21,086,166 | 0 | 0 | 0 | 0 | 0 |
| Secured Debt - Senior Banks | 116,863,416 | 116,863,416 | 0 | 0 | 0 | 0 | 0 |
| Secured Debt - Purchase Money Debt | 1,087,168 | 1,087,168 | 0 | 0 | 0 | 0 | 0 |
| Real Estate/Pers. Property Taxes | 1,267,165 | 1,267,165 | | | | | |
| Unsecured Debt | 52,091,814 | 52,091,814 | 0 | 0 | 0 | 0 | 0 |
| Other | 386,309 | 248,049 | | | | | |
| Total Pre Petition Liabilities | 196,842,181 | 196,114,589 | 0 | 0 | 0 | 0 | 0 |
| Total Liabilities | 196,842,181 | 198,392,979 | 0 | 0 | 0 | 0 | 0 |
| **OWNERS' EQUITY** | | | | | | | |
| Owners' Equity | (45,156,539) | (45,156,539) | 0 | 0 | 0 | 0 | 0 |
| Impaired Assets Write-Down | (47,159,439) | (47,159,439) | 0 | 0 | 0 | 0 | 0 |
| Prior Period Adj. - Interest Rate Swap | (3,392,887) | (3,392,887) | 0 | 0 | 0 | 0 | 0 |
| Current Year Earnings (Loss): | | | | | | | |
| Through Filing Date | (3,933,103) | (3,933,103) | 0 | 0 | 0 | 0 | 0 |
| Post Filing Date | 0 | (594,858) | 0 | 0 | 0 | 0 | 0 |
| Total Owners' Equity | (99,641,968) | (100,236,826) | 0 | 0 | 0 | 0 | 0 |
| TOTAL LIABILITIES & OWNERS' EQUITY | 97,200,213 | 98,156,153 | 0 | 0 | 0 | 0 | 0 |

CASE NAME: Furnas County Farms
CASE NUMBER: 04-81489

STATEMENT OF INCOME (LOSS)

FORM OPR-2

| | 4 MONTHS ENDING 5/3/2004 | MONTH ENDING 5/28/2004 | MONTH ENDING 6/25/2004 | MONTH ENDING 7/30/2004 | MONTH ENDING 8/27/2004 | MONTH ENDING 9/24/2004 | YEAR TO DATE 10/29/2004 |
|---|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | | |
| Feeder Pig Sales | 996,771 | 293,399 | | | | | 1,290,170 |
| Market Sales | 24,230,472 | 6,455,063 | | | | | 30,685,535 |
| Market Premiums | 861,922 | 168,715 | | | | | 1,030,637 |
| Cull Breed Stock Sales | 1,226,515 | 362,314 | | | | | 1,588,829 |
| Outside Sales | 446,228 | 130,449 | | | | | 576,677 |
| Other Income | 150,489 | (26,756) | | | | | 123,733 |
| TOTAL REVENUE | 27,912,397 | 7,383,184 | 0 | 0 | 0 | 0 | 35,295,581 |
| **EXPENSES** | | | | | | | |
| Feed / COGS | 13,882,235 | 3,612,243 | | | | | 17,494,478 |
| Payroll | 3,315,432 | 986,270 | | | | | 4,301,702 |
| Drugs & Vet | 531,231 | 145,138 | | | | | 676,369 |
| Utilities | 1,089,297 | 91,044 | | | | | 1,180,341 |
| Breeding Stock | 1,690,568 | 105,712 | | | | | 1,796,280 |
| Depreciation & Amortization | 1,017,842 | 239,873 | | | | | 1,257,715 |
| Interest | 5,714,556 | 1,419,823 | | | | | 7,134,379 |
| All Other | 6,322,530 | 1,272,912 | | | | | 7,595,442 |
| Inventory Adjustment | (1,718,191) | 105,026 | | | | | (1,613,165) |
| Total Expenses | 31,845,500 | 7,978,041 | 0 | 0 | 0 | 0 | 39,823,541 |
| NET INCOME (LOSS) | (3,933,103) | (594,857) | 0 | 0 | 0 | 0 | (4,527,960) |

CASE NAME: Furnas County Farms
CASE NUMBER: 04-81489

STATEMENT OF SOURCE AND USE OF CASH

FORM OPR-3

| | PETITION DATE 5/3/2004 | MONTH ENDING 5/28/2004 | MONTH ENDING 6/25/2004 | MONTH ENDING 7/30/2004 | MONTH ENDING 8/27/2004 | MONTH ENDING 9/24/2004 | YEAR TO DATE 10/29/2004 |
|---|---|---|---|---|---|---|---|
| **CASH DIFFERENCE** | | | | | | | |
| Current Ending Cash Balance | 1,342,365 | 2,583,410 | 0 | 0 | 0 | 0 | 3,925,775 |
| Less Ending Prior Month Balance | | 1,342,365 | 0 | 0 | 0 | 0 | 1,342,365 |
| NET CASH INCREASE(DECREASE) | | 1,241,045 | 0 | 0 | 0 | 0 | 1,241,045 |
| **SOURCES OF CASH** | | | | | | | |
| Income (Loss) From Operations | | (594,857) | 0 | 0 | 0 | 0 | (594,857) |
| Add: Non-cash items (Depr. & Amort.) | | 239,873 | 0 | 0 | 0 | 0 | 0 |
| Cash Generated From Operations | | (354,984) | 0 | 0 | 0 | 0 | (354,984) |
| Add: Decrease in Assets | | | | | | | |
| Accounts Receivable | | 298,242 | 0 | 0 | 0 | 0 | 298,242 |
| Inventory | | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid Expenses | | 0 | 0 | 0 | 0 | 0 | 0 |
| Property, Plant & Equipment | | 27,945 | 0 | 0 | 0 | 0 | 27,945 |
| Other Current Assets | | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Assets | | 4,064 | 0 | 0 | 0 | 0 | 4,064 |
| Increase in Liabilities: | | | | | | | |
| Post Petition Liabilities | | 2,278,391 | 0 | 0 | 0 | 0 | 2,278,391 |
| Pre Petition Liabilities | | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL SOURCES OF CASH | | 2,253,658 | 0 | 0 | 0 | 0 | 2,253,658 |
| **USE OF CASH** | | | | | | | |
| Subtract: Increase in Assets | | | | | | | |
| Accounts Receivable | | 0 | 0 | 0 | 0 | 0 | 0 |
| Inventory | | 35,636 | 0 | 0 | 0 | 0 | 35,636 |
| Prepaid Expenses | | 249,383 | 0 | 0 | 0 | 0 | 249,383 |
| Property, Plant & Equipment | | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Current Assets | | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Assets | | 0 | 0 | 0 | 0 | 0 | 0 |
| Decrease in Liabilities: | | | | | | | |
| Post Petition Liabilities | | 0 | 0 | 0 | 0 | 0 | 0 |
| Pre Petition Liabilities | | 727,592 | 0 | 0 | 0 | 0 | 727,592 |
| TOTAL USE OF CASH | | 1,012,611 | 0 | 0 | 0 | 0 | 1,012,611 |
| NET CASH INCREASE (DECREASE) | | 1,241,047 | 0 | 0 | 0 | 0 | 1,241,047 |
| *Rounding* | | *(2)* | *0* | *0* | *0* | *0* | *(2)* |

CASE NAME: Furnas County Farms
CASE NUMBER: 04-81489

SCHEDULE OF ACCOUNTS RECEIVABLE AGING

SCHEDULE A

| | TOTAL ACCOUNTS RECEIVABLE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|---|---|
| Date of Filing: 5/3/2004 | 1,341,858 | 1,258,419 | 48,419 | 8,870 | 8,819 | 17,331 |
| % of Total | 100% | 93.78% | 3.61% | 0.66% | 0.66% | 1.29% |
| Month: 5/28/2004 | 1,043,616 | 979,835 | 14,784 | 33,020 | 8,208 | 7,769 |
| % of Total | 100% | 93.89% | 1.42% | 3.16% | 0.79% | 0.74% |
| Month: 5/31/2004 | 0 | 0 | 0 | 0 | 0 | 0 |
| % of Total | 100% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Month: 6/30/2004 | 0 | 0 | 0 | 0 | 0 | 0 |
| % of Total | 100% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Month: 7/31/2004 | 0 | 0 | 0 | 0 | 0 | 0 |
| % of Total | 100% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Month: 8/31/2004 | 0 | 0 | 0 | 0 | 0 | 0 |
| % of Total | 100% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Month: 9/30/2004 | 0 | 0 | 0 | 0 | 0 | 0 |
| % of Total | 100% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |

CASE NAME: Furnas County Farms
CASE NUMBER: 04-81489

SCHEDULE OF FIXED ASSETS

SCHEDULE B

| | PETITION DATE 5/3/2004 | MONTH 5/28/2004 | MONTH 6/25/2004 | MONTH 7/30/2004 | MONTH 8/27/2004 | MONTH 9/24/2004 |
|---|---|---|---|---|---|---|
| FIXED ASSETS: | | | | | | |
| Land | 4,024,868 | 4,024,868 | | | | |
| Managers' Houses | 2,184,337 | 2,184,337 | | | | |
| Buildings & Equipment | 99,303,425 | 99,304,783 | | | | |
| Wells & Lagoons | 8,623,212 | 8,623,212 | | | | |
| Other Equipment, Furn. & Fixtures | 6,301,974 | 6,265,547 | | | | |
| Impaired Assets | (47,159,439) | (47,159,439) | | | | |
| | | | | | | |
| TOTAL FIXED ASSETS | 73,278,377 | 73,243,308 | 0 | 0 | 0 | 0 |

CASE NAME: Furnas County Farms
CASE NUMBER: 04-81489

SCHEDULE OF POST PETITION DEBT

SCHEDULE C

| | MONTH 5/28/2004 | MONTH 6/25/2004 | MONTH 7/30/2004 | MONTH 8/27/2004 | MONTH 9/24/2004 | MONTH 10/29/2004 |
|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | 679,870 | | | | | |
| ACCRUED LIABILITIES: | | | | | | |
| Accrued Payroll | 115,266 | | | | | |
| Accrued Payroll Taxes | 27,731 | | | | | |
| Accrued RE/PP Taxes | 80,002 | | | | | |
| TOTAL ACCRUED LIABILITIES | 222,999 | 0 | 0 | 0 | 0 | 0 |
| OTHER LIABILITIES: | | | | | | |
| Accrued Interest | 1,373,061 | | | | | |
| Other : Corn, Ethanol, Sales Tax | 2,461 | | | | | |
| TOTAL OTHER LIABILITIES | 1,375,522 | 0 | 0 | 0 | 0 | 0 |
| TOTAL POST PETITION DEBT | 2,278,391 | 0 | 0 | 0 | 0 | 0 |

CASE NAME: Furnas County Farms  (revised 3-94)
CASE NUMBER: 04-81489  Schedule D
Page 1 of 2

## SUMMARY OF SIGNIFICANT ITEMS
For month ended May 28, 2004

### 1. Insurance Coverage

| | Carrier/agent Name | Amount of Coverage | Policy Expiration Date | Premium Paid thru Date |
|---|---|---|---|---|
| Workers' Compensation | | | | |
| General Liability | | | | |
| Excess Liability | | | | |
| Fire & Extended Coverage | | See Schedule D (a) | | |
| Vehicle Liability | | | | |
| Vehicle Collision | | | | |
| Theft | | | | |
| Other(specify) | | | | |

### 2. Statement of Payments of Secured Creditors
(list all payments made to secured creditors during the month & the purpose for such payment, i.e. Court ordered adequate protection cash collateral payments)

| Payee | Description | Amount Paid this Month | Total Paid Post petition |
|---|---|---|---|
| **NONE** | | | |

### 3. Tax Payments Made This Month (Not Accruals) (attach copies of tax receipts or checks)

| | Date Paid | Amount Paid | Post Petition Taxes Still Unpaid(agrees to Sch. C) |
|---|---|---|---|
| Federal Payroll W/H Taxes | 5/5/04 | $133,345 | $0 |
| Federal Payroll W/H Taxes | 5/19/04 | $112,632 | $0 |
| Fed. Unemployment Taxes | | $0 | $18,646 |
| State Payroll W/H Taxes | 5/14/04 | $26,492 | $966 |
| State Unemployment Taxes | | $0 | $8,119 |
| State Sales & Use Taxes | | $0 | |
| Property Taxes | | $0 | |
| Other | | $0 | |
| **TOTALS** | | **$272,469** | **$27,731** |


CASE NAME: Furnas County Farms  
CASE NUMBER: 04-81489

revised 10-96  
Schedule D  
Page 2 of 2

**SUMMARY OF SIGNIFICANT ITEMS**  
Month ended    May 28, 2004

4. <u>Compensation Payments Made This Month (Not Accruals)</u>  
   (List all payments made to owners of proprietorships; partners of partnerships; officers, directors and shareholders of corporations)  
       Name           Amount      Date of Court Order Authorizing Payment

       **NONE**

5. Payments Made This Month To Professionals (Not Accruals)  
       Professional                                 Amount    Date of Court Order Authorizing Payment

       **NONE**

6. Record of Disbursement and Payment of Quarterly Fees

| Period Ending | *Total Disbursements | Quarterly Totals | Quarterly Fee ** | Date Paid | Amount Paid | Check Number |
|---|---|---|---|---|---|---|
| January | $ | | | | | |
| February | $ | | | | | |
| March | $ | $ | $ | | $ | |
| April | $ | | | | | |
| May | $6,621,883 | | | | | |
| June | $ | $ | $ | | $ | |
| July | $ | | | | | |
| August | $ | | | | | |
| September | $ | $ | $ | | $ | |
| October | $ | | | | | |
| November | $ | | | | | |
| December | $ | $ | $ | | $ | |

* Each month list the total money spent for all purposes. At the end of the quarter, add the monthly totals. This is the amount used to compute the quarterly fee due the U.S. Trustee, from the table below.

    **Effective 10-01-96 [$-0- to $14,999.99 = $250.00]......[$15,000 to $74,999.99 = $500.00]......[$75,000 to $149,999.99 = $750.00]......[$150,000 to $224,999.99 = $1,250.00]......[$225,000 to $299,999.99 = $1,500.00]......[$300,000 to $999,999.99 = $3,750.00]......[$1,000,000 to $1,999,999.99 = $5,000.00]......[$2,000,000 to $2,999,999.99 = $7,500.00]......$3,000,000 to $4,999,999.99 = $8,000.00]......[$5,000,000 or more = $10,000.00]

**FCF Et AL**
**Case # 04-81489**
**Insurance Summary - Supplement to Schedule D**
**Limits of Coverage**
May 28, 2004

| | Furnas County Farms | | | Arapahoe Feed Mill | | | Furnas County Trucking | | | 7-11 Feed Mill | | | Total Coverage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Expiration Date | Premiums Paid thru | Limits | Expiration Date | Premiums Paid thru | Limits | Expiration Date | Premiums Paid thru | Limits | Expiration Date | Premiums Paid thru | Limits | |
| **General Liability:** | | | (Great American) | | | (Continental Western) | | | | | | (Great American) | |
| Aggregate Limit | 1/1/05 | 6/30/04 | $2,000,000 | 4/15/05 | 10/15/04 | $2,000,000 | | | | 1/1/05 | 6/30/04 | $2,000,000 | $6,000,000 |
| Products & Completed Operations Aggregate | | | 2,000,000 | | | 2,000,000 | | | | | | 2,000,000 | 6,000,000 |
| Each Occurrence | | | 1,000,000 | | | 1,000,000 | | | | | | 1,000,000 | 3,000,000 |
| Personal & Advertising | | | 1,000,000 | | | 1,000,000 | | | | | | 1,000,000 | 3,000,000 |
| Fire Damage | | | 100,000 | | | | | | | | | 100,000 | 100,000 |
| Medical Expense | | | 10,000 | | | 5,000 | | | | | | 10,000 | 25,000 |
| Chemical Drift | | | 25,000 | | | | | | | | | | 25,000 |
| Transportations of Chemicals | | | 25,000 | | | | | | | | | | 25,000 |
| Damage to Property of Others/Rented Property | | | 500 | | | | | | | | | 100,000 | 100,500 |
| **Commercial Umbrella:** | | | (Great American) | | | (Continental Western) | | | (Great American) | | | (Great American) | |
| Each Occurrence | 1/1/05 | 6/30/04 | 25,000,000 | 4/15/05 | 10/15/04 | 5,000,000 | 4/15/05 | 9/15/04 | 5,000,000 | 1/1/05 | 6/30/04 | 5,000,000 | 40,000,000 |
| General Aggregate | | | 25,000,000 | | | 5,000,000 | | | 5,000,000 | | | 5,000,000 | 40,000,000 |
| Products-Completed Operations Aggregate | | | 25,000,000 | | | 5,000,000 | | | 5,000,000 | | | 5,000,000 | 40,000,000 |
| Bodily Injury by Disease Limit | | | | | | | | | | | | | |
| **Inland Marine** | | | | 4/15/05 | 10/15/04 | (Continental Western) 220,000 | | | | | | | 220,000 |
| **Auto:** | | | (Great American) | | | (Continental Western) | | | (Great American) | | | (Great American) | |
| Liability | 1/1/05 | 6/30/04 | 1,000,000 | 4/15/05 | 10/15/04 | 500,000 | 4/15/05 | 9/15/04 | 1,000,000 | 1/1/05 | 6/30/04 | 1,000,000 | 3,500,000 |
| Medical | | | | | | | | | 5,000 | | | 5,000 | 10,000 |
| Uninsured Motorists | | | | | | | | | 1,000,000 | | | 1,000,000 | 2,000,000 |
| Comprehensive & Collision, etc. | | | | | | | | | Actual Cash Value | | | Actual Cash Value | |
| **Crime:** | | | | | | (Continental Western) | | | | | | (Great American) | |
| Employee Theft | | | | 4/15/05 | 10/15/04 | 25,000 | | | | 1/1/05 | 6/30/04 | 25,000 | 50,000 |
| **Property:** | | | (Great American) | | | (Continental Western) | | | (Great American) | | | (Great American) | |
| Buildings, Equipment, Livestock | 1/1/05 | 6/30/04 | 129,753,890 | 4/15/05 | 10/15/04 | 2,087,300 | 4/15/05 | 9/15/04 | 254,850 | 1/1/05 | 6/30/04 | 2,685,526 | 134,781,566 |
| Other | | | | | | | | | | | | 150,000 | 150,000 |
| **Workers Comp:** | | | (Star Insurance (SD & IA) & Williamsburg Ins. (NE)) | | | (Tri-State Ins.) | | | (Travelers) | | | (Travelers) | |
| Each Accident | 4/15/05 | 7/15/04 | 500,000 | 4/15/05 | 10/1/04 | 100,000 | 4/15/05 | 8/15/04 | 500,000 | 1/1/05 | 6/30/04 | 500,000 | 1,600,000 |
| Disease - Policy Limit | | | 500,000 | | | 500,000 | | | 500,000 | | | 500,000 | 2,000,000 |
| Disease - Each Employee | | | 500,000 | | | 100,000 | | | 500,000 | | | 500,000 | 1,600,000 |
| **Pivots** | 6/28/04 | 6/28/04 | (Ins. Corp of Hannover) 545,500 | | | | | | TOTAL | | | | 545,500 |
| | | | | | | | | | | | | | $284,732,566 |

5-04 financials for Trustee    6/22/2004