Form E.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF | ) | BK #04-81489 |
| | ) | |
| FURNAS COUNTY FARMS | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |

### SUMMARY OF EXHIBITS AND CERTIFICATE OF SERVICE

The following exhibits in reference to the Proof of Claim filed by First Central Bank are available upon request:

1. Promissory note dated 12/1/99
2. Financing Statement dated 12/1/99
3. Security Agreement dated 12/1/99
4. UCC Filing #3862 dated 12/30/99
5. UCC Filing #3869 dated 12/30/99
6. UCC Filing #3866 dated 12/30/99
7. UCC Filing #3864 dated 12/30/99
8. UCC Filing #3867 dated 12/30/99

s/ *David W. Pederson*
David W. Pederson #16347
Baskins, Pederson & Troshynski
PO Box 865 - 308 West 4th St.
North Platte, NE 69103-0865
(308)532-1136
Attorney for McCook Public Power District

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 28th day of June, 2004, he electronically filed the foregoing pleading along with the Proof of Claim, with the Clerk of the Bankruptcy Court using CM/ECF system which sent notification of such filing to the following parties:

Joseph H. Badami             Patricia Dugan
Attorney for Debtors         US Trustee's Office

and I hereby certify that I have mailed by United States Postal Service the Proof of Claim, including exhibits, to the following parties:

Patricia Dugan                       Joseph H. Badami
Office of the U.S. Trustee           Attorney for Debtor
111 S. 18th Plaza, Ste. 1148         301 S. 13th St., Ste 500
Omaha, NE 68102                      Lincoln, NE 68508

s/ *David W. Pederson*
David W. Pederson #16347