UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | Case Nos.: |
| | ) | |
| FURNAS COUNTY FARMS, et. al., | ) | 04-81489 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Chapter 11 |

**AFFIDAVIT OF STEVEN WEISS**

| | |
|---|---|
| STATE OF IOWA | ) |
| | ) ss. |
| COUNTY OF CERRO GORDO | ) |

STEVEN WEISS, being first duly sworn upon oath, deposes and states as follows:

1. I am of legal age and competent to give this affidavit.

2. I am employed by Comprehensive Consulting Solutions, L.L.C., an Iowa limited liability company ("Solutions").

3. I am familiar with the operations of the Debtors, including existing insurance policies owned by the Debtors with General American Insurance Company of New York and its wholly owned subsidiaries Great American Alliance Insurance Company and Great American Insurance Assurance Company (the "Companies").

4. In reviewing the records of the Debtors, I find that the insurance premiums have consistently been paid on a monthly basis and that there are not any insurance premiums that are delinquent.

5. The Debtors are in the process of completing an asset purchase and upon completion of the asset purchase, the Debtors will, in all likelihood, send a notice to the Companies advising them that they no longer need insurance coverage.

FURTHER AFFIANT SAYETH NOT.

Dated: July 12, 2004.

                                         s/ Steven Weiss
                                         Steven Weiss

SUBSCRIBED AND SWORN to before me this 12th day of July 2004.

(SEAL)

My Commission Expires: 6/17/2006        Nancy J. Mennen
                                                            Notary Public