IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | BK 04-81489 |
| | ) | Chapter 11 |
| FURNAS COUNTY FARMS, et. al., | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

AFFIDAVIT OF ALAN THOMAS IN SUPPORT OF
OBJECTION TO MOTION FOR APPROVAL OF SALE OF DEBTORS' INTEREST IN PERSONAL PROPERTY SUBJECT TO LIENS AND ENCUMBRANCES AND
CERTIFICATE OF SERVICE

STATE OF NEBRASKA    )
                     )ss
COUNTY OF FURNAS     )

Alan Thomas, being first duly sworn on oath deposes and says:

1. He is a loan officer employed by First Central Bank and is personally familiar with the loans from the Bank to Furnas County Farms and Furnas County Trucking.

2. The Bank is willing to agree to the proposed sale of assets subject to existing loans, including collateral securing the Bank loans, under the following circumstances.

   A. The Borrower must provide financial information which substantiates its ability to assume and service the indebtedness owed to the Bank to satisfy both the Bank and its regulators.

   B. The Bank must be identified as the Lender on Assets #40 and #43 described in the Bank's objection, and the payoff information on the loans must be corrected.

FURTHER AFFIANT SAYETH NOT.

/s/ *Alan Thomas*
Alan Thomas

The foregoing instrument was acknowledged before me this 24th day of August, 2004, by Alan Thomas.

/s/ Ronda K. Cross
Notary Public
My Commission Expires: May 8, 2007

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26th day of August, 2004, he electronically filed the foregoing pleading with the Clerk of the Bankruptcy Court using CM/ECF system which sent notification of such filing to the following parties:

| | |
|---|---|
| Joseph H. Badami | Trenton P. Bausch |
| P. Casey Coston | Robert V. Ginn |
| Bradley A. MacLean | Stephanie L. McGehee-Shacklette |
| David Mitchell | Tanya Marie Morrison |
| James Overcash | P. Stephen Potter |
| Michael L. Schleich | My Chi To |
| Steven C. Turner | Michael J. Whaley |
| W. Eric Wood | T. Randall Wright |
| Ellyn Grant | Patricia Dugan |
| U.S. Attorney's Office | U.S. Trustee |
| Stephen H. Nelsen | |

I further certify that I did on the date set forth above, serve the foregoing pleading upon the following non CM/ECF parties by regular U.S. Mail, Postage prepaid.

Larry Demerath
40 Ginger Cove Road
Valley, NE 68064

James Titus
PO Box 81849
Lincoln, NE 68501

Steven E. Zumbach
Belin, Lamson, Mcormick, Zumbach, Flynn
666 Walnut Street, Ste 2000
Des Moines, IA 50309-3989

s/ *David W. Pederson*
David W. Pederson #16347