CASE NAME: Furnas County Farms  
CASE NUMBER: 04-81489  

MONTHLY OPERATING REPORTS  
COMPARATIVE BALANCE SHEETS  

FORM OPR-1A ORM OPR-1A ORM OPR-1A ORM OPR-1A ORM OPR-1A

| ASSETS | PETITION DATE 5/3/2004 | MONTH ENDING 1/31/2006 | MONTH ENDING 2/28/2006 | MONTH ENDING 3/31/2006 | MONTH ENDING 4/30/2006 | MONTH ENDING 5/31/2006 | MONTH ENDING 6/30/2006 | MONTH ENDING 7/31/2006 | MONTH ENDING 8/31/2006 | MONTH ENDING 9/30/2006 | MONTH ENDING 10/31/2006 | MONTH ENDING 11/30/2006 | MONTH ENDING 12/31/2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CURRENT ASSETS | | | | | | | | | | | | | |
| Cash | 1,342,365 | 415,110 | 415,054 | 391,489 | | | | | | | | | |
| Accounts Receivable, Net (Sched. A) | 1,341,858 | 0 | 0 | 0 | | | | | | | | | |
| Inventory | 38,270,157 | 0 | 0 | 0 | | | | | | | | | |
| Cash held by agent - unrestricted | 1,546,716 | 25,327 | 25,327 | 25,327 | | | | | | | | | |
| Cash held by agent - remaining environmental escrow | 0 | 187,636 | 187,636 | 187,636 | | | | | | | | | |
| Total Current Assets | 42,501,096 | 628,073 | 628,017 | 604,452 | | | | | | | | | |
| PROPERTY, PLANT & EQUIPMENT (Sched. B) | 73,278,377 | 0 | 0 | 0 | | | | | | | | | |
| Less Accumulated Depreciation | 19,107,135 | 0 | 0 | 0 | | | | | | | | | |
| Net Property | 54,171,242 | 0 | 0 | 0 | | | | | | | | | |
| OTHER ASSETS - Investments, N/R | 527,875 | 0 | 0 | 0 | | | | | | | | | |
| Total Other Assets | 527,875 | 0 | 0 | 0 | | | | | | | | | |
| TOTAL ASSETS | 97,200,213 | 628,073 | 628,017 | 604,452 | | | | | | | | | |

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING OPERATING REPORTS, CONSISTING OF 10 PAGES ARE TRUE AND CORRECT.

Date submitted  4/24/06        Signed _____    _____ Steve Weiss  
(Printed name of signatory)

CASE NAME: Furnas County Farms  
CASE NUMBER: 04-81489

MONTHLY OPERATING REPORTS  
COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNERS' EQUITY | PETITION DATE 5/3/2004 | MONTH ENDING 1/31/2006 | MONTH ENDING 2/28/2006 | MONTH ENDING 3/31/2006 | MONTH ENDING 4/30/2006 | MONTH ENDING 5/31/2006 | MONTH ENDING 6/30/2006 | MONTH ENDING 7/31/2006 | MONTH ENDING 8/31/2006 | MONTH ENDING 9/30/2006 | MONTH ENDING 10/31/2006 | MONTH ENDING 11/30/2006 | MONTH ENDING 12/31/2006 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **LIABILITIES** | | | | | | | | | | | | | |
| Post Petition Liabilities (Sched. C) | 0 | 19,962,217 | 20,965,849 | 21,961,702 | | | | | | | | | |
| Pre Petition Liabilities | | | | | | | | | | | | | |
| Trade Payables: | | | | | | | | | | | | | |
| Farmers and Truckers | 589,332 | 0 | 0 | 0 | | | | | | | | | |
| April 19 thru May 2 - eligible for carve-out | 1,367,064 | 0 | 0 | 0 | | | | | | | | | |
| April 19 thru May 2 - ineligible for carve-out | 49,856 | 49,856 | 49,856 | 49,856 | | | | | | | | | |
| Pre-April 19 | 2,053,891 | 2,042,050 | 2,042,050 | 2,042,050 | | | | | | | | | |
| Accrued Interest | 21,086,166 | 10,357,613 | 10,357,613 | 10,357,613 | | | | | | | | | |
| Secured Debt - Senior Banks | 116,863,416 | 71,716,573 | 71,716,573 | 71,716,573 | | | | | | | | | |
| Secured Debt - Purchase Money Debt | 1,087,168 | 0 | 0 | 0 | | | | | | | | | |
| Real Estate/Pers. Property Taxes | 1,267,165 | 0 | 0 | 0 | | | | | | | | | |
| Unsecured Debt | 52,091,814 | 52,091,814 | 52,091,814 | 52,091,814 | | | | | | | | | |
| Other | 386,309 | 248,049 | 248,049 | 248,049 | | | | | | | | | |
| Total Pre Petition Liabilities | 196,842,181 | 136,505,955 | 136,505,955 | 136,505,955 | | | | | | | | | |
| Total Liabilities | 196,842,181 | 156,468,172 | 157,471,804 | 158,467,657 | | | | | | | | | |
| **OWNERS' EQUITY** | | | | | | | | | | | | | |
| Owners' Equity | (45,156,539) | (154,827,317) | (154,827,317) | (154,827,317) | | | | | | | | | |
| Impaired Assets Write-Down | (47,159,439) | | | | | | | | | | | | |
| Prior Period Adj. - Interest Rate Swap | (3,392,887) | | | | | | | | | | | | |
| Current Year Earnings (Loss): | (3,933,103) | (1,012,782) | (2,016,470) | (3,035,888) | | | | | | | | | |
| Total Owners' Equity | (99,641,968) | (155,840,099) | (156,843,787) | (157,863,205) | | | | | | | | | |
| TOTAL LIABILITIES & OWNERS' EQUITY | 97,200,213 | 628,073 | 628,017 | 604,452 | | | | | | | | | |

CASE NAME: Furnas County Farms  
CASE NUMBER: 04-81489  
STATEMENT OF INCOME (LOSS)  
FORM OPR-2

| | MONTH ENDING 1/31/2006 | MONTH ENDING 2/28/2006 | MONTH ENDING 3/31/2006 | MONTH ENDING 4/30/2006 | MONTH ENDING 5/31/2006 | MONTH ENDING 6/30/2006 | MONTH ENDING 7/31/2006 | MONTH ENDING 8/31/2006 | MONTH ENDING 9/30/2006 | MONTH ENDING 10/31/2006 | MONTH ENDING 11/30/2006 | MONTH ENDING 12/31/2006 | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | | | | | | | | |
| Feeder Pig Sales | 0 | 0 | 0 | | | | | | | | | | 0 |
| Market Sales | 0 | 0 | 0 | | | | | | | | | | 0 |
| Market Premiums | 0 | 0 | 0 | | | | | | | | | | 0 |
| Cull Breed Stock Sales | 0 | 0 | 0 | | | | | | | | | | 0 |
| Outside Sales | 0 | 0 | 0 | | | | | | | | | | 0 |
| Other/Miscellaneous Receipts | 0 | 0 | 647 | | | | | | | | | | 647 |
| TOTAL REVENUE | 0 | 0 | 647 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 647 |
| **EXPENSES** | | | | | | | | | | | | | |
| Professional fees-funds held by agent | 0 | 0 | 0 | | | | | | | | | | 0 |
| Expenses paid out of environmental escrow | 0 | 0 | 0 | | | | | | | | | | 0 |
| Drugs & Vet | 0 | 0 | 0 | | | | | | | | | | 0 |
| Utilities | 0 | 0 | 0 | | | | | | | | | | 0 |
| Breeding Stock | 0 | 0 | 0 | | | | | | | | | | 0 |
| Depreciation & Amortization | 0 | 0 | 0 | | | | | | | | | | 0 |
| Interest | 1,000,000 | 1,000,000 | 1,000,000 | | | | | | | | | | 3,000,000 |
| All Other | 12,782 | 3,688 | 20,065 | | | | | | | | | | 36,535 |
| Inventory Adjustment | 0 | 0 | 0 | | | | | | | | | | 0 |
| Total Expenses | 1,012,782 | 1,003,688 | 1,020,065 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,036,535 |
| Loss on sale of assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NET INCOME (LOSS) | (1,012,782) | (1,003,688) | (1,019,418) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (3,035,888) |

CASE NAME: Furnas County Farms  
CASE NUMBER: 04-81489  
STATEMENT OF SOURCE AND USE OF CASH  
FORM OPR-3

| | PETITION DATE 5/3/2004 | MONTH ENDING 1/31/2006 | MONTH ENDING 2/28/2006 | MONTH ENDING 3/31/2006 | MONTH ENDING 4/30/2006 | MONTH ENDING 5/31/2006 | MONTH ENDING 6/30/2006 | MONTH ENDING 7/31/2006 | MONTH ENDING 8/31/2006 | MONTH ENDING 9/30/2006 | MONTH ENDING 10/31/2006 | MONTH ENDING 11/30/2006 | MONTH ENDING 12/31/2006 | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH DIFFERENCE** | | | | | | | | | | | | | | |
| Current Ending Cash Balance | 1,342,365 | 415,110 | 415,054 | 391,489 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Less Ending Prior Month Balance | | 385,321 | 415,110 | 415,054 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| NET CASH INCREASE(DECREASE) | | 29,789 | (56) | (23,565) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,168 |
| **SOURCES OF CASH** | | | | | | | | | | | | | | |
| Income (Loss) From Operations | | (1,012,782) | (1,003,688) | (1,019,418) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (3,035,888) |
| Add: Non-cash items (Depr. & Amort.) | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cash Generated From Operations | | (1,012,782) | (1,003,688) | (1,019,418) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (3,035,888) |
| Add: Decrease in Assets | | | | | | | | | | | | | | |
| Accounts Receivable | | 42,432 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 42,432 |
| Inventory | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cash held by agent - unrestricted | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Property, Plant & Equipment | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cash held by agent - environmental escrow | | 800,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 800,000 |
| Other Assets | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Increase in Liabilities: | | | | | | | | | | | | | | |
| Post Petition Liabilities | | 200,139 | 1,003,632 | 995,853 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,199,624 |
| Pre Petition Liabilities | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL SOURCES OF CASH | | 29,789 | (56) | (23,565) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,168 |
| **USE OF CASH** | | | | | | | | | | | | | | |
| Subtract: Increase in Assets | | | | | | | | | | | | | | |
| Accounts Receivable | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Inventory | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid Expenses | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Property, Plant & Equipment | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Current Assets | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Assets | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Decrease in Liabilities: | | | | | | | | | | | | | | |
| Post Petition Liabilities | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pre Petition Liabilities | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL USE OF CASH | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NET CASH INCREASE (DECREASE) | | 29,789 | (56) | (23,565) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,168 |
| Rounding | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

CASE NAME: Furnas County Farms  
CASE NUMBER: 04-81489                    SCHEDULE OF ACCOUNTS RECEIVABLE AGING                    SCHEDULE A

|  |  | TOTAL ACCOUNTS RECEIVABLE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|---|---|---|
| Date of Filing: | 5/3/2004 | 1,341,858 | 1,258,419 | 48,419 | 8,870 | 8,819 | 17,331 |
| % of Total |  | 100% | 93.78% | 3.61% | 0.66% | 0.66% | 1.29% |
| Month: | 1/31/2006 | 0 | 0 | 0 | 0 | 0 | 0 |
| % of Total |  |  |  |  |  |  |  |
| Month: | 2/28/2006 | 0 | 0 | 0 | 0 | 0 | 0 |
| % of Total |  |  |  |  |  |  |  |
| Month: | 3/31/2006 | 0 | 0 | 0 | 0 | 0 | 0 |
| % of Total |  |  |  |  |  |  |  |
| Month: | 4/30/2006 |  |  |  |  |  |  |
| % of Total |  |  |  |  |  |  |  |
| Month: | 5/31/2006 |  |  |  |  |  |  |
| % of Total |  |  |  |  |  |  |  |
| Month: | 6/30/2006 |  |  |  |  |  |  |
| % of Total |  |  |  |  |  |  |  |
| Month: | 7/31/2006 |  |  |  |  |  |  |
| % of Total |  |  |  |  |  |  |  |
| Month: | 8/31/2006 |  |  |  |  |  |  |
| % of Total |  |  |  |  |  |  |  |
| Month: | 9/30/2006 |  |  |  |  |  |  |
| % of Total |  |  |  |  |  |  |  |
| Month: | 10/31/2006 |  |  |  |  |  |  |
| % of Total |  |  |  |  |  |  |  |
| Month: | 11/30/2006 |  |  |  |  |  |  |
| % of Total |  |  |  |  |  |  |  |
| Month: | 12/31/2006 |  |  |  |  |  |  |
| % of Total |  |  |  |  |  |  |  |

CASE NAME: Furnas County Farms  
CASE NUMBER: 04-81489  

SCHEDULE OF FIXED ASSETS          SCHEDULE B

| | PETITION DATE 5/3/2004 | MONTH 1/31/2006 | MONTH 2/28/2006 | MONTH 3/31/2006 | MONTH 4/30/2006 | MONTH 5/31/2006 | MONTH 6/30/2006 | MONTH 7/31/2006 | MONTH 8/31/2006 | MONTH 9/30/2006 | MONTH 10/31/2006 | MONTH 11/30/2006 | MONTH 12/31/2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FIXED ASSETS:** | | | | | | | | | | | | | |
| Land | 4,024,868 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Managers' Houses | 2,184,337 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Buildings & Equipment | 99,303,425 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Wells & Lagoons | 8,623,212 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Equipment, Furn. & Fixtures | 6,301,974 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Impaired Assets | (47,159,439) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | | |
| TOTAL FIXED ASSETS | 73,278,377 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

CASE NAME: Furnas County Farms  
CASE NUMBER: 04-81489

SCHEDULE OF POST PETITION DEBT

SCHEDULE C

| | MONTH 1/31/2006 | MONTH 2/28/2006 | MONTH 3/31/2006 | MONTH 4/30/2006 | MONTH 5/31/2006 | MONTH 6/30/2006 | MONTH 7/31/2006 | MONTH 8/31/2006 | MONTH 9/30/2006 | MONTH 10/31/2006 | MONTH 11/30/2006 | MONTH 12/31/2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | 515 | 4,147 | 0 | | | | | | | | | |
| ACCRUED LIABILITIES: | | | | | | | | | | | | |
| Accrued Payroll | 0 | 0 | 0 | | | | | | | | | |
| Accrued Payroll Taxes | 0 | 0 | 0 | | | | | | | | | |
| Accrued RE/PP Taxes | 0 | 0 | 0 | | | | | | | | | |
| TOTAL ACCRUED LIABILITIES | 0 | 0 | 0 | | | | | | | | | |
| OTHER LIABILITIES: | | | | | | | | | | | | |
| * Accrued Interest | 19,551,236 | 20,551,236 | 21,551,236 | | | | | | | | | |
| Hancock/Teachers Capitalized Interest | 410,466 | 410,466 | 410,466 | | | | | | | | | |
| PREMA Lien | 0 | 0 | 0 | | | | | | | | | |
| Other: Corn, Ethanol, Sales Tax | 0 | 0 | 0 | | | | | | | | | |
| TOTAL OTHER LIABILITIES | 19,961,702 | 20,961,702 | 21,961,702 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL POST PETITION DEBT | 19,962,217 | 20,965,849 | 21,961,702 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

* Estimating interest accrual at $1,000,000 per month. Banks not giving statements for accruals so can't tie out.

CASE NAME: Furnas County Farms  (revised 3-94)
CASE NUMBER: 04-81489  Schedule D
Page 1 of 2

## SUMMARY OF SIGNIFICANT ITEMS
Month of March 2006

### 1. Insurance Coverage

| | Carrier/agent Name | Amount of Coverage | Policy Expiration Date | Premium Paid thru Date |
|---|---|---|---|---|
| Workers' Compensation | | | | |
| General Liability | | | | |
| Excess Liability | | | | |
| Fire & Extended Coverage | | See Schedule D (a) | | |
| Vehicle Liability | | | | |
| Vehicle Collision | | | | |
| Theft | | | | |
| Other(specify) | | | | |

### 2. Statement of Payments of Secured Creditors
(list all payments made to secured creditors during the month & the purpose for such payment, i.e. Court ordered adequate protection cash collateral payments)

| Payee | Description | Amount Paid this Month | Total Paid Post petition |
|---|---|---|---|
| GMAC | Vehicle Payment | $0 | $3,194 |

### 3. Tax Payments Made This Month (Not Accruals) (attach copies of tax receipts or checks)

| | Date Paid | Amount Paid | Post Petition Taxes Still Unpaid(agrees to Sch. C) |
|---|---|---|---|
| Federal Payroll W/H Taxes | | | |
| Federal Payroll W/H Taxes | | | |
| State Payroll W/H Taxes | | | |
| State Payroll W/H Taxes | | | |
| State Payroll W/H Taxes | | | |
| State Unemployment Taxes | | | |
| State Sales & Use Taxes | | | |
| Prop Tax | | | |
| Other | | | |
| **TOTALS** | | $0 | $0 |

CASE NAME: Furnas County Farms  
CASE NUMBER: 04-81489

revised 10-96  
Schedule D  
Page 2 of 2

## SUMMARY OF SIGNIFICANT ITEMS
Month of March 2006

4. Compensation Payments Made This Month (Not Accruals)
   (List all payments made to owners of proprietorships; partners of partnerships; officers, directors and shareholders of corporations)

| Name | Amount | Date of Court Order Authorizing Payment |
|---|---|---|
| **NONE** | | |

5. Payments Made This Month To Professionals (Not Accruals)

| Professional | Amount | Date of Court Order Authorizing Payment |
|---|---|---|
| Woods & Aitken | $327 | 5/10/2004 |

6. Record of Disbursement and Payment of Quarterly Fees

| Period Ending | *Total Disbursements | Quarterly Totals | Quarterly Fee ** | Date Paid | Amount Paid | Check Number |
|---|---|---|---|---|---|---|
| 1/06 | $  812,168 | | | | | |
| 2/06 | $         56 | | | | | |
| 3/06 | $   24,212 | | | | | |
| 1st Qtr 2006 | | $  836,436 | | | | |
| 4/06 | | | | | | |
| 5/06 | | | | | | |
| 6/06 | | | | | | |
| 2nd Qtr 2006 | | | | | | |
| 7/06 | | | | | | |
| 8/06 | | | | | | |
| 9/06 | | | | | | |
| 3nd Qtr 2006 | | | | | | |
| 10/06 | | | | | | |
| 11/06 | | | | | | |
| 12/06 | | | | | | |
| 4th Qtr 2006 | | | | | | |

* Each month list the total money spent for all purposes. At the end of the quarter, add the monthly totals. This is the amount used to compute the quarterly fee due the U.S. Trustee, from the table below.

**Effective 10-01-96 [$-0- to $14,999.99 = $250.00]......[$15,000 to $74,999.99 = $500.00]......[$75,000 to $149,999.99 = $750.00]......[$150,000 to $224,999.99 = $1,250.00]......[$225,000 to $299,999.99 = $1,500.00]......[$300,000 to $999,999.99 = $3,750.00]......[$1,000,000 to $1,999,999.99 = $5,000.00]......[$2,000,000 to $2,999,999.99 = $7,500.00]......$3,000,000 to $4,999,999.99 = $8,000.00]......[$5,000,000 or more = $10,000.00]

**FCF Et AL**
**Case # 04-81489**
**Insurance Summary - Supplement to Schedule D**
**Limits of Coverage**

NOTE: All cancelled effective 8/23/04 with exception of coverage for tractors. Tractors cancelled 10/31/04

| | Furnas County Farms | | | Arapahoe Feed Mill | | | Furnas County Trucking | | | 7-11 Feed Mill | | | Total Coverage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Expiration Date | Premiums Paid thru | Limits | Expiration Date | Premiums Paid thru | Limits | Expiration Date | Premiums Paid thru | Limits | Expiration Date | Premiums Paid thru | Limits | |
| **General Liability:** | 1/1/05 | 8/31/04 | (Great American) | 4/15/05 | 2/15/05 | (Continental Western) | | | | 1/1/05 | 8/31/04 | (Great American) | |
| Aggregate Limit | | | $2,000,000 | | | $2,000,000 | | | | | | $2,000,000 | $6,000,000 |
| Products & Completed Operations Aggregate | | | 2,000,000 | | | 2,000,000 | | | | | | 2,000,000 | 6,000,000 |
| Each Occurrence | | | 1,000,000 | | | 1,000,000 | | | | | | 1,000,000 | 3,000,000 |
| Personal & Advertising | | | 1,000,000 | | | 1,000,000 | | | | | | 1,000,000 | 3,000,000 |
| Fire Damage | | | 100,000 | | | | | | | | | | 100,000 |
| Medical Expense | | | 10,000 | | | 5,000 | | | | | | 10,000 | 25,000 |
| Chemical Drift | | | 25,000 | | | | | | | | | | 25,000 |
| Transportations of Chemicals | | | 25,000 | | | | | | | | | | 25,000 |
| Damage to Property of Others/Rented Property | | | 500 | | | | | | | | | 100,000 | 100,500 |
| | | | | | | | | | | | | | |
| **Commercial Umbrella:** | 1/1/05 | 8/31/04 | (Great American) | 4/15/05 | 2/15/05 | (Continental Western) | 4/15/05 | 10/15/04 | (Great American) | 1/1/05 | 8/31/04 | (Great American) | |
| Each Occurrence | | | 25,000,000 | | | 5,000,000 | | | 5,000,000 | | | 5,000,000 | 40,000,000 |
| General Aggregate | | | 25,000,000 | | | 5,000,000 | | | 5,000,000 | | | 5,000,000 | 40,000,000 |
| Products-Completed Operations Aggregate | | | 25,000,000 | | | 5,000,000 | | | 5,000,000 | | | 5,000,000 | 40,000,000 |
| Bodily Injury by Disease Limit | | | | | | 5,000,000 | | | | | | | |
| | | | | | 2/15/05 | | | | | | | | |
| | | | | 4/15/05 | 2/15/05 | (Continental Western) | | | | | | | |
| **Inland Marine** | | | | | | 220,000 | | | | | | | 220,000 |
| | | | | | | | | | | | | | |
| **Auto:** | 1/1/05 | 8/31/04 | (Great American) | 4/15/05 | 2/15/05 | (Continental Western) | 4/15/05 | 10/15/04 | (Great American) | 1/1/05 | 8/31/04 | (Great American) | |
| Liability | | | 1,000,000 | | | 500,000 | | | 1,000,000 | | | 1,000,000 | 3,500,000 |
| Medical | | | | | | | | | 5,000 | | | 5,000 | 10,000 |
| Ininsured Motorists | | | | | | | | | 1,000,000 | | | 1,000,000 | 2,000,000 |
| Comprehensive & Collision, etc. | | | | | | | | | Actual Cash Value | | | Actual Cash Value | |
| **Crime:** | | | | 4/15/05 | 2/15/05 | (Continental Western) | | | | 1/1/05 | 8/31/04 | (Great American) | |
| Employee Theft | | | | | | 25,000 | | | | | | 25,000 | 50,000 |
| **Property:** | 1/1/05 | 8/31/04 | (Great American) | 4/15/05 | 2/15/05 | (Continental Western) | 4/15/05 | 10/15/04 | (Great American) | 1/1/05 | 8/31/04 | (Great American) | |
| Buildings, Equipment, Livestock | | | 129,753,890 | | | 2,087,300 | | | 254,850 | | | 2,685,526 | 134,781,566 |
| | | | | | | | | | | | | | 0 |
| Other | | | | | | | | | | | | 150,000 | 150,000 |
| | | | (Star Insurance (SD & IA) & | | | | | | | | | | |
| **Workers Comp:** | 4/15/05 | 10/31/04 | Williamsburg Ins. (NE)) | 4/15/05 | 4/15/05 | (Tri-State Ins.) | 4/15/05 | 10/31/04 | (Travelers) | 1/1/05 | 9/30/04 | (Travelers) | |
| Each Accident | | | 500,000 | | | 100,000 | | | 500,000 | | | 500,000 | 1,600,000 |
| Disease - Policy Limit | | | 500,000 | | | 500,000 | | | 500,000 | | | 500,000 | 2,000,000 |
| Disease - Each Employee | | | 500,000 | | | 100,000 | | | 500,000 | | | 500,000 | 1,600,000 |
| | | | | | | | | | | | | | |
| **Pivots** | 6/28/05 | 6/28/05 | (Diversified Agrisurance) | | | | | | | | | | |
| | | | 392,500 | | | | | | | | | | 392,500 |
| | | | | | | | | | | | **TOTAL** | | **$284,579,566** |