odsm4ntc.jsp (12/04)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**
**111 South 18th Plaza**
**Suite 1125**
**Omaha, NE 68102**

In Re:

Furnas County Farms

Debtor(s)

Bankruptcy Proceeding No. 04–81489
Chapter 11

Judge: Timothy J. Mahoney

**ORDER DISMISSING CASE**

Motion to dismiss filed by the Debtor is Granted.

Dated: May 4, 2006

BY THE COURT:

s/ Timothy J. Mahoney
Chief Judge

Copies mailed to all creditors and parties in interest.